BEFORE THE FIRST DIVISION, OCTOBER 13, 1966

**No. P66/263.**—Morris Friedman *v.* United States, protests 58/7854, etc. (Philadelphia).

**No. P66/264.**—Morris Friedman *v.* United States, protests 59/26126, etc. (Philadelphia).

**No. P66/265.**—Morris Friedman *v.* United States, protests 61/6560, etc. (Philadelphia).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bags or baskets in chief value of rush similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiffs was sustained.